# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>BRANDON MICHAEL WHITE,<br><br>        Defendant. | 2:15-cr-00029-GMN-VCF<br>**MINUTE ORDER** |

Before the court is Defendant's Ex-Parte Motion for Appointment of New Counsel (#20).

IT IS HEREBY ORDERED that a hearing on Defendant's Ex-Parte Motion for Appointment of New Counsel (#20) is scheduled for 11:00 a.m., March 12, 2015, in courtroom 3D.

The U.S. Marshal will transport Defendant White to and from the hearing.

DATED this 9th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE