# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | )    2:15-cr-00029-GMN-VCF |
| | ) |
| vs. | )    **ORDER** |
| | ) |
| BRANDON MICHAEL WHITE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Before this Court for review is Defendant's Ex- Parte Motion for Appointment of New Counsel (#20) . The Court having read and reviewed the motions and good cause appearing it is hereby GRANTED.

IT IS ORDERED that DANIEL J. ALBREGTS is appointed as counsel in place of the Federal Public Defender for the District Of Nevada for all future proceedings.

The Federal Public Defender shall forward the file to Mr. Albregts forthwith.

DATED this 16th day of March, 2015.


_____
UNITED STATES MAGISTRATE JUDGE