# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br>BRANDON MICHAEL WHITE,<br><br>        Defendants. | 2:15-cr-00029-GMN-VCF<br>**ORDER** |

Before court is the Motion to Suppress (#36).

IT IS HEREBY ORDERED that a status hearing on the Motion to Suppress (#36) is scheduled for 1:00 p.m., August 28, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport Defendant to and from the hearing.

DATED this 24th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE