DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
(702) 388-6336

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-029-GMN-VCF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON MICHAEL WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION TO CONTINUE EVIDENTIARY HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America, and Daniel J. Albregts, Esq., counsel for Defendant BRANDON MICHAEL WHITE, that the evidentiary hearing in the above-captioned matter, currently scheduled for September 17, 2015, at the hour of 2:00 p.m., be vacated and continued to a date and time convenient for this Court.

This stipulation is entered for the following reasons:

1. Witnesses that are needed to testify on behalf of the Government are unavailable from September 16 through September 21, and October 1 through October 6.

2. The Defendant is in custody, but he does not object to the continuance.

3. Denial of this request for a continuance of the evidentiary hearing could potentially prejudice both parties.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first stipulation filed herein to continue the evidentiary hearing.

DATED: September 15, 2015.

/s/
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Counsel for the United States

/s/
DANIEL J. ALBREGTS, ESQ.
Counsel for Defendant BRANDON WHITE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:15-cr-029-GMN-VCF** |
| | ) | |
| Plaintiff, | ) | **ORDER CONTINUING EVIDENTIARY HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| BRANDON MICHAEL WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

### **ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the evidentiary hearing in the above-captioned matter, currently scheduled for September 17, 2015, at the hour of 2:00 p.m., is vacated.

9/16/2015

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that a status hearing is scheduled for 2:30 p.m., September 17, 2015, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.