# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:15-cr-00029-GMN-VCF |
| vs. | ) |
| BRANDON MICHAEL WHITE, | ) **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CAM FERENBACH** |
| Defendant. | ) |

Before the Court for consideration is the Report and Recommendation (ECF No. 47) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered September 9, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by September 26, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Cam Ferenbach's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that defendant Brandon White's Motion to Dismiss (ECF No. 37) is DENIED.

**DATED** this __7th__ day of ____October____, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court