# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BRANDON MICHAEL WHITE,<br><br>　　　　　Defendants. | 2:15-cr-00029-GMN-VCF<br>**ORDER** |

　　　　Before court is the Motion to Dismiss Count Four. (#93).  Trial is scheduled for April 18, 2016.

Accordingly,

　　　　IT IS HEREBY ORDERED that any opposition to the Motion to Dismiss Count Four (#93) must be filed on or before March 7, 2016.  Any reply in support of the motion must be filed on or before March 14, 2016.

　　　　DATED this 2nd day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE