**DANIEL J. ALBREGTS, ESQ**.
Nevada Bar No. 004435
**DANIEL J. ALBREGTS, LTD.**
601 S. Tenth Street, Suite 202
Las Vegas, Nevada  89101
(702) 474-4004
(702) 474-0739 (Fax)
Attorney for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-0029-GMN-VCF |
| Plaintiff, ) | |
| ) | **MOTION [AND PROPOSED ORDER]** |
| v. ) | **TO STRIKE DEFENDANT'S** |
| ) | **NOTICE OF LETTERS OF SUPPORT** |
| ) | **(#114) AND GRANTING PERMISSION** |
| BRANDON MICHAEL WHITE, ) | **TO RE-FILE A REDACTED NOTICE** |
| ) | **OF LETTERS OF SUPPORT** |
| Defendant. ) | |

The defendant, BRANDON MICHAEL WHITE, by and through his attorney Daniel J. Albregts, Esq., hereby files this Motion to Strike his Notice of Letters of Support and Grant Permission to Re-File the Redacted Letters of Support.  This Motion is based upon the attached Memorandum and all the papers and pleadings on file herein.

MEMORANDUM OF POINTS AND AUTHORITIES

On July 19, 2016, counsel filed a Notice of Letters of Support (#114) with attached letters of recommendation on behalf of White.  After this Notice was filed, it was brought to counsel's attention that one of the letters of reference contained the home address of the author that should have been redacted pursuant to Fed.R.Crim.P. 49.1.

Thereafter, counsel's staff  immediately contacted the CM/ECF Help Desk to inquire as to how to correct the error as quickly as possible.  The CM/ECF Help Desk indicated they would restrict access to the document and that counsel should file a Motion to Strike asking for permission to re-file the redacted letters.  Counsel would therefore respectfully request that this Court strike the

1 | previously filed Notice of Letters of Support (#114) and allow counsel to re-file the Notice of Letters
2 | of Support with the proper redaction.
3 |       Dated this 19th day of July, 2016.
4 |                                         DANIEL J. ALBREGTS, LTD.
6 |                               By: /s/ Daniel J. Albregts
                                   Daniel J. Albregts, Esq.
                                   Nevada Bar No. 004435
7 |                                    601 S. Tenth Street, Suite 202
                                   Las Vegas, Nevada 89101
8 |                                    (702) 474-4004
                                   Attorney for Defendant

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | 2:15-cr-0029-GMN-VCF |
| v. ) | |
| BRANDON MICHAEL WHITE, ) | |
|     Defendant. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Notice of Letters of Support (#114) is granted.

**IT IS FURTHER ORDERED** that Defendant White may re-file the Notice of Letters of Support with the proper redaction.

DATED this 20 day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned, an employee of DANIEL J. ALBREGTS, LTD., hereby certifies that on the 19th day of July, 2016, she served a copy of the above and foregoing MOTION [AND PROPOSED ORDER] TO STRIKE DEFENDANT'S NOTICE OF LETTERS OF SUPPORT AND GRANTING PERMISSION TO RE-FILE A REDACTED NOTICE OF LETTERS OF SUPPORT, via electronic filing with CM/ECF and/or by placing said copy in an envelope, postage fully prepaid, in the United States Mail at Las Vegas, Nevada, said envelopes addressed to:

/s/ Kimberly LaPointe
An Employee of Daniel J. Albregts, Esq.

- 4 -