# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Brandon Michael White

                          JUDGMENT IN A CIVIL CASE

             Petitioner,

  v.                        Civil Case No. 2:17-cv-02073-GMN

USA                      Criminal Case No: 2:15-cr-00029-GMN-VCF

             Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Petitioner's Motion under 28 U.S.C. section 2255 to vacate, set aside, or correct his sentence is Denied. IT IS FURTHER ORDERED that a Certificate of Appealability is Denied.

7/8/2019                                         DEBRA K. KEMPI
Date                                                Clerk

                                                           /s/ S. Denson
                                                           Deputy Clerk