# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff(s), | 2:15-cr-00029-GMN-VCF |
| v. | **ORDER** |
| BRANDON MICHAEL WHITE, | |
| Defendant(s). | |

Before the Court is White's motion for copy of docket sheet. (ECF NO. 127).

Accordingly,

IT IS HEREBY ORDERED that White's motion for copy of docket sheet. (ECF NO. 127), is GRANTED.

The Clerk of Court is directed to mail a copy of the docket sheet to Brandon Michael White at the address listed on his motion.

DATED this 17th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE